**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In Re: | : | Case No. 09-10584 |
| | : | |
| Gregory R. Gardner | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Perlman |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The amount of $5.64 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corp.<br>For Capital Recovery II LLC<br>As Assignee of Fifth Third Bank Central<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 1I | $2.39 |
| Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090 | 2I | $3.25 |

Total Unclaimed/Small
Dividends $25.00 or Under
$5.64

Total Unclaimed
Dividends Over $25.00
$

Dated: July 12, 2011         /s/ Henry E. Menninger, Jr.
                             Case Trustee
                             Henry E. Menninger, Jr.